

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2015

No. 04-15-00695-CV

John M. **DONOHUE**,
Appellant

v.

Sergeant Jose **HERNANDEZ**, Deputy Matt Krueger, Deputy Birdie Tyler, and Denise Martinez,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-003-CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

On December 28, 2015, appellant filed a motion to join all parties in appeal. The motion is DENIED.

Appellant's brief was due to be filed on December 23, 2015. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Any brief filed by appellant must comply with TEX. R. APP. P. 38.1.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court